Cupp, J.,
concurring.
{¶ 43} I concur in the foregoing opinion, but with reservations.
*589 {¶ 44} It concerns me that an official action of a board of township trustees as significant as approving a change in the township zoning resolution relating to a specific parcel of real estate does not have to be in writing in either the form of a resolution or a written motion acting as a substitute for a formal resolution.
{¶ 45} Written documents are often required to make governmental actions official: a court “speaks” only through its written journal entries, a legislature “speaks” only through its written statutes and resolutions, and a city “speaks” only through its written ordinances. Analogously, if a board of township trustees can speak only through its written resolutions, this board has not “said” anything official even yet.
{¶ 46} However, as the opinion notes, there is no statutory requirement that a board of township trustees take its action in writing. Moreover, these foregoing concerns were not directly raised or argued by the parties and, therefore, are not presently before this court. Consequently, I must concur.